AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| United States of America<br>v.<br><br>LARRY JAMES CLINE<br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No. MJ19-10413-CWD<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 6, 2019__ in the county of __Twin Falls__ in the _____ District of __Idaho__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. sec. 2422(b) | Attempted Coercion and Enticement |

This criminal complaint is based on these facts:

See attached affidavit of HSI Special Agent Daren Boyd.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daren Boyd Special Agent
*Printed name and title*

Contents attested to me by the applicant in accordance w/ Rule 4.1 by telephone, Boise to Twin Falls, after electronic submission by pdf attached to email.

Date: 04/07/2019

_____
*Judge's signature*

City and state: Boise, Idaho

Candy W. Dale, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daren M. Boyd, Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (HSI), being duly sworn, depose and state:

## INTRODUCTION AND AGENT BACKGROUND

I am a Special Agent with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been employed as a Special Agent for over twenty-two (22) years and am assigned to the Boise, Idaho HSI office (HSI Boise) under the Seattle, Washington HSI office (HSI Seattle), which has jurisdiction over Washington, Alaska, Oregon and Idaho. I have successfully completed the Criminal Investigator Training Program and the Immigration and Naturalization Service Special Agent Training at the Federal Law Enforcement Training Center in Brunswick, GA.

As a Special Agent, I am responsible for enforcing federal criminal statutes including the distribution and/or transportation of images of minors engaged in sexually explicit conduct offenses, pursuant to 18 U.S.C. § 2252(a)(2). My duties also include investigating criminal violations relating to child exploitation and child pornography[1] including violations pertaining to the illegal production, receipt and possession of child pornography, and attempts or conspiracies to commit those crimes. I have reviewed numerous examples of child pornography in several forms of media including computer media. I have also participated in the execution of numerous search warrants, the majority of which involved child exploitation and/or child pornography

---

[1] "Child Pornography," as used herein, includes the definition in 18 U.S.C. § 2256(8)(A), involving any visual depiction, the production of which involves the use of a minor engaged in sexually explicit conduct. *See* 18 U.S.C. §§ 2252 and 2256(1) and (2).

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—1

offenses. I have received training and actual experience relating to Federal Criminal Procedures, Federal Statutes and ICE Regulations.

As part of my duties, I have investigated child exploitation cases almost exclusively for the last eleven (11) years. I have participated in numerous investigations involving the sexual exploitation of children and the use of the Internet to conduct criminal activity, including fraud, child pornography, controlled substance related crimes, etc. I have been active with the Boise, Idaho United States Attorney's Office Project Safe Childhood Working Group and the Idaho Internet Crimes Against Children Taskforce for the last nine (9) years. As a Special Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

I am submitting this affidavit as probable cause to arrest and charge Larry James Cline with violation of Title 18 U.S.C. § 2422(b) for Attempted Coercion and Enticement of Minor.

## APPLICABLE LAW

Title 18, United States Code, Section 2422(b) provides: "Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life."

Under Idaho Code § 18-1508: "Any person who shall commit any lewd or lascivious act or acts upon or with the body or any part or member thereof of a minor child under the age of sixteen (16) years, including but not limited to, genital-genital contact, oral-genital contact, anal-genital contact, oral-anal contact, manual-anal contact, or manual-genital contact, whether

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—2

between persons of the same or opposite sex . . . when any of such acts are done with the intent of arousing, appealing to, or gratifying the lust or passions or sexual desires of such person, such minor child, or third party, shall be guilty of a felony and shall be imprisoned in the state prison for a term of not more than life."

## STATEMENT OF PROBABLE CAUSE

On April 6th and 7th, 2019, a multi-agency operation was conducted for individuals who are predisposed to travel to engage in sexual activity with minors. During this two-day operation, on April 6, 2019, Larry James CLINE engaged in online and telephonic communications regarding direct sexual contact with a minor.

## WHISPER POSTING

Whisper is a social media application allowing users to post and share photo and video messages anonymously. At approximately 7:31 p.m. on April 6, 2019, an Undercover ("UC") HSI officer posted the following to the Whisper Application:

"Girls just wanna have fun, little girls 2"

From approximately 7:57 p.m. to 9:31 p.m. on April 6, 2019, an individual later identified as Larry James CLINE, exchanged messages with the UC HSI officer via the Whisper application. The following messages were found to be notable by the affiant as supporting probable cause:

CLINE: My favorite.. don't tease me.

CLINE: What kind of fun little one?

CLINE: Never mind. One you're probably to young and not into older guys. Wishful thinking for me. I hope you have your fun.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—3

| | |
|---|---|
| UC: | I'm am young and I am into guys, |
| UC: | Almost 14 scare you? |
| CLINE: | So you like older guys? No it doesn't scare me, but does me being 30 scare you? |

..............................................................²

| | |
|---|---|
| UC: | Sorry, had to talk to mom |
| UC: | You don't scare me |
| UC: | 30 isn't old |
| CLINE: | So what do you want to do? |
| UC: | What were you thinking? |
| CLINE: | Whatever you want to do, so you tell me little one. |
| CLINE: | Tell me and let's have fun |
| CLINE: | Honestly you're a fantasy that more than likely won't ever come true and that's ok |
| UC: | Lol I guess we'll see want to text? |
| CLINE: | Yes. What's your number.. just to clear this isn't a set up or anything. |
| UC: | 509XXXXXXX (UC number redacted) |

---

² I have included portions of the chats that are relevant for probable cause. Breaks in the chat are denoted by "..............."

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—4

| | |
|---|---|
| UC: | Set up? |
| CLINE: | Like I'm not going to get in trouble |

## TEXT MESSAGES

Beginning at 9:30 p.m. and ending at 11:37 p.m. on April 6, 2019, the following text message exchange between CLINE using telephone number (208) 420-1541 and the UC HSI officer occurred:

| | |
|---|---|
| CLINE: | Hi little one I'm the guy from whisper. |
| UC: | im Delcie |
| CLINE: | I'm LJ. |
| UC: | whats ur fantasy? |
| CLINE: | Just to be with a younger girl. A lady do it to me when I was your age. |
| UC: | who was she? |
| CLINE: | A neighbor of mine |
| UC: | how old was she? |
| CLINE: | 28 I was 14. |

..................................................................

| | |
|---|---|
| CLINE: | I have always craved young girls but it's never happened. I've come close but backed out for the fear of jail |

..................................................................

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—5

| | |
|---|---|
| CLINE: | Want me to show you? How to care for a girl during sex how to eat her tease the body how take control |

..............................................................

| | |
|---|---|
| UC: | eat? |
| CLINE: | Yes my mouth on your sweet little pussy licking your clit sliding my tongue in your pussy. |
| UC: | u would do that to me? does it hurt? i dont want it to hurt |
| CLINE: | Not it doesn't hurt I'll be gentle with you and care for you and only do what you can handle ok little one |
| UC: | ok |
| UC: | i dont like pain |
| CLINE: | I'll hold you so if you want to try we can. |
| UC: | hold me? try what? |
| UC: | 😞 |
| CLINE: | Like cuddle with you. Do you want me to lick your pussy little one? I'll be gentle and make you feel really good. |

..............................................................

| | |
|---|---|
| CLINE: | I'll do whatever you allow me to do. Is there something you want to do? |

..............................................................

| | |
|---|---|
| CLINE: | Have you done anything sexual? |
| UC: | kissed and he put his hands under my bra |

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—6

| | |
|---|---|
| CLINE: | Would you like for me to kiss you gently touch your body all over? |
| UC: | as long as it doesnt hurt |
| CLINE: | I promise baby it won't hurt I just want to make you feel good. |
| UC: | is that all ur fantasy? |
| CLINE: | No there's more like having sex but I'll only do what you want. I'm curious of your body type. Like short, tall skinny you know. |

............................................................................

| | |
|---|---|
| CLINE: | You're perfect baby. Yes |
| CLINE: | So do you want to try out what we have talked about? |
| UC: | r u thinking more? |
| CLINE: | I'm thinking I want to make you feel good and that's all so it what you want to do little one. |
| UC: | whats ur body type? |
| CLINE: | Skinny and 5'6 |
| UC: | you said sex, i started my period last year and i cant get prego |
| CLINE: | Yes I said that but I also said I wouldn't do anything you don't want ok baby |
| CLINE: | So tell me what you want to happen and we can do that |
| UC: | youll be gentle? promise? it wont hurt? |
| CLINE: | Yes baby you have my word |

............................................................................

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—7

| | |
|---|---|
| CLINE: | Baby, I need to know that I'm not going to get in trouble. Like no parents or cops. |

..............................................................................................

| | |
|---|---|
| CLINE: | Can I see a pic of you and tell me where I'm going.. |

..............................................................................................

| | |
|---|---|
| UC: | omg im a little nervous lol |
| CLINE: | No baby it won't |

..............................................................................................

| | |
|---|---|
| CLINE: | I'm just making sure I won't be getting in any trouble do you promise? |

..............................................................................................

During the above text message exchange, CLINE was directed to first travel to the Oasis Stop N Go gas station located at 515 Washington Street North in Twin Falls, Idaho, and then to a residence provided by the UC HSI officer located in Twin Falls, Idaho. CLINE was led to believe that if he went to the residence he would meet a thirteen (13) year old female for sexual contact.

Law enforcement mobile surveillance units stationed in the area of the Oasis Stop N Go gas station were notified of the pending arrival of CLINE. Law enforcement surveillance units noted a white Chevy Cruze pull into the Oasis Stop N Go gas station parking area and verified

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—8

the license plate on the vehicle was Idaho plate 2TY9962. Law enforcement intelligence officers ran license plate 2TY9962 in Idaho Department of Motor Vehicles records and determined that vehicle was registered to Larry James CLINE. CLINE exited the vehicle and entered the Oasis Stop N Go gas station convenience store.

CLINE exited the Oasis Stop N Go gas station convenience store and then left the parking lot in the Chevy Cruze. Law enforcement surveillance unit conducted mobile surveillance and followed the vehicle. The Chevy Cruze traveled down Madison Street and parked near the residence provided by the UC HSI officer. CLINE exited the vehicle and went to the door at the rear of the residence.

Law enforcement officers from the Twin Falls Swat Team encountered CLINE and took him into custody. During a search incident to his arrest, CLINE was found to be carrying a black iPhone X cellular telephone and two (2) Fat Boy ice cream sandwiches.

While still at the residence, CLINE spoke with HSI Special Agent (SA) Brett Treadwell and Twin Falls Sheriff's Office (TFSO) officer Travis DeBie. HSI SA Treadwell explained to CLINE that the officers wished to speak to him regarding the circumstances that led to him being arrested and advised CLINE of his rights pursuant to Miranda. CLINE initialed his Statement of Rights Form and informed the officers that he was willing to speak with them without an attorney present.

CLINE consented to the officers searching his vehicle and he read and signed a Consent to Search Form documenting this consent.

CLINE also consented to the officers searching his black iPhone X cellular telephone device after reading and signing an HSI Consent to Search Cellular Telephone form documenting this consent.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—9

After his arrest, CLINE was then transported to the Twin Falls Police Department (TFPD) for interview. HSI SA Treadwell and TFSO Officer DeBie interviewed CLINE in an interview room, which was equipped with audio and video recording capabilities.

During the interview, CLINE stated that he believed the minor female was fourteen (14) years old. He said that it was safe to assume that he would have had sexual contact with the minor female. CLINE stated that he purchased the ice cream sandwiches at the request of the minor female. CLINE said that he did not bring condoms because it was never discussed with the minor female.

At the TFPD, HSI Boise Computer Forensic Agent (CFA) Brad Thrall performed a short forensic review of CLINE's iPhone X telephone and found numerous text messages exchanged between CLINE and the UC HSI officer. Additionally, CFA Thrall verified the phone number for CLINE's iPhone X cellular telephone is (208) 420-1541.

## CONCLUSION

Based on the foregoing, there is probable cause to arrest and charge Larry CLINE with violation of Title 18 U.S.C. § 2242(b), Coercion and Enticement of a Minor.

We also request that this Complaint be sealed and that no distribution be permitted because this operation is ongoing.

Respectfully submitted,

Daren M. Boyd    4/07/2019
Special Agent, HSI

Subscribed and sworn to by me this 7th day of April, 2019. via telephone Boise to Twin Falls, ID

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—10

_____
The Honorable Candy W. Dale
United States Magistrate Judge

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—11